# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

United States of America  :

              Plaintiff  :  Case No. 2:24-cr-164

v.  :

                :  Judge Algenon Marbley

Latasha Marie Collins-Ford  :

              Defendant.  :

## JOINT MOTION OF PARTIES TO CONTINUE SENTENCING DATE

Now come the Parties, by and through Counsel and respectfully request this Court for a continuance of the Sentencing date that is presently scheduled for Friday, March 6, 2026. The reasons for this request are respectfully set forth in the Memorandum In Support.

Respectfully submitted,

/s/ James D. Gilbert, Esq.
James D. Gilbert, Esq. (0007624)
The Millennium – 6065 Frantz Road, Ste. 105
Dublin, Ohio 43017
gilbertjamesd@gmail.com
Ph:(614) 766-5423/(614) 361-6230
Fax: (614) 766-2883
Attorney for Defendant Latasha Marie Collins-Ford

Tyler Aagard, AUSA
United States Attorney's Office
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215
Counsel for the United States

## MEMORANDUM IN SUPPORT

The Sentencing date is presently scheduled for Friday, March 6, 2026. Counsel for the Defendant and Counsel for the Government are jointly requesting a continuance of the scheduled date. The United States and Probation Department are also in agreement with this request.

New information has recently been discovered by the Parties, that may have a direct impact on the U.S.S.G. and their applicability to this case. The Parties need additional time to evaluate the information before making a final decision and possible amendment to the PSR.

For the above-stated reasons, the Parties respectfully request a continuance of this matter, to a future date that is amenable to the Court's calendar. Fridays are the best dates favorable.

The request is not to delay justice.

Respectfully submitted,

\_\_\_\_\_/s/ James D. Gilbert, Esq._____
James D. Gilbert, Esq. (0007624)
The Millennium – 6065 Frantz Road, Ste. 105
Dublin, Ohio 43017
gilbertjamesd@gmail.com
Ph:(614) 766-5423/(614) 361-6230
Fax: (614) 766-2883
Attorney for Defendant Latasha Marie Collins-Ford

Tyler Aagard, AUSA
United States Attorney's Office
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215
Counsel for the United States

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was served upon:

Tyler Aagard, AUSA
United States Attorney's Office
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215
Counsel for the United States


Keir Bookier, U.S. Probation Officer
85 Marconi Blvd., Room 546 – Federal Building
Columbus, Ohio 43215

via ECF Court filing or e-mail, on this 26th day of February, 2026.

                                              /s/ James D. Gilbert
                                              James D. Gilbert, Esq. (0007624)